PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Keyondre Deionta Purvis**                    **Docket No. 5:25-CR-204-FL-RN-3**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Keyondre Deionta Purvis, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 16th day of October, 2025.

A Petition for Action on Conditions of Pretrial Release was filed by U.S. Probation Officer Taylor Westphalen on September 5, 2025, requesting that a bond review hearing be scheduled to address conflicts with the defendant's conditions of release. A bond review hearing was held on September 10, 2025, and the defendant was detained pending a detention hearing. A detention hearing was held on September 17, 2025, and the defendant was released on a Superseding Order Setting Conditions of Release.

A Petition for Action on Conditions of Pretrial Release was filed by U.S. Probation Officer Taylor Westphalen on October 15, 2025, stating that the defendant failed to comply with his location monitoring requirements and committed the criminal offense of Driving While License Revoked in Scotland County, North Carolina, on September 25, 2025. U.S. Probation Officer Westphalen requested that the defendant's release conditions be modified to impose the following condition: the defendant shall not operate a motor vehicle until properly licensed. U.S. Magistrate Judge Gates ordered this modification on October 16, 2025.

An Order was issued by Your Honor on November 5, 2025, modifying the defendant's conditions of release to allow travel to the Eastern District of North Carolina upon proper notice to and at the discretion of his probation officer.

An Order was issued by Your Honor on December 11, 2025, modifying the defendant's conditions of release to allow the defendant to reside in the Middle District of North Carolina with his aunt/third party custodian at the approved address in Gibson, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is being supervised by U.S. Probation Officer Amelia Bevirt for the Middle District of North Carolina. U.S. Probation Officer Bevirt notified our office that the defendant committed the criminal offense of Driving While License Revoked in Scotland County, North Carolina, on February 24, 2026; and the defendant violated his curfew on February 25, 2026. U.S. Probation Officer Bevirt has requested that the defendant's location restriction be changed from curfew to home incarceration due to this violation. The defendant has agreed to this modification of his release conditions. The U.S. Attorney's Office has no objection to this request.

**Keyondre Deionta Purvis**
**Docket No. 5:25-CR-204-FL-RN-3**
**Petition For Action**
**Page 2**

## PRAYING THAT THE COURT WILL ORDER

- The defendant must abide by all conditions and terms of the home incarceration program until further court order. The defendant must be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-849-4536
Executed On: April 7, 2026

### ORDER OF THE COURT

Considered and ordered the ___7th___ day of ___April___, 2026, and ordered filed and made part of the records in the above case.

Louise W. Flanagan
U.S. District Judge